IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 17-cv-01732-MEH

LI CHENG, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SUSHI AJI, INC.,
JIANWEI CAO, and
QIONG CAO,

    Defendants.

___

## ORDER CLOSING CASE
___

Before the Court is a Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed January 3, 2018; ECF No. 28]. The Court finds the Stipulation and terms of the dismissal proper. Therefore, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear his or her own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 4th day of January, 2018.

        BY THE COURT:

        *Michael E. Hegarty*

        Michael E. Hegarty
        United States Magistrate Judge